**Order entered March 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01716-CV

### ELIZABETH EHRAMAN, Appellant

### V.

### MCFADDIN FIELD DEVELOPMENT, II, LLC, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06351**

## ORDER

We **GRANT** the Dallas County District Clerk's March 4, 2013 motion for an extension of time to file the clerk's record. The District Clerk shall file the clerk's record on or before **April 10, 2013**.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE